U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

**AEE**

**FILED**
**FEBRUARY 8, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 866**

In the Matter of                                       Case Number:

KMART CORPORATION v. INTERNATIONAL HOME
FASHIONS, INC.

**JUDGE DOW**
**MAGISTRATE JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kmart Corporation

| | |
|---|---|
| NAME (Type or print) <br> Jason B. Hirsh | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jason B. Hirsh | |
| FIRM <br> Arnstein & Lehr LLP | |
| STREET ADDRESS <br> 120 S. Riverside Plaza, Suite 1200 | |
| CITY/STATE/ZIP <br> Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 312-876-7100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |