**FILED**
**FEBRUARY 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KMART CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| INTERNATIONAL HOME FASHIONS, INC., | ) ) ) |
| Defendant. | ) ) ) ) |

**08 C 866**

**JUDGE DOW**
**MAGISTRATE JUDGE COLE**

### L.R. 3.2 B Notification of Affiliates B Disclosure Statement

1.  Sears Holdings Corporation is the indirect owner of 100% of the outstanding capital stock of Kmart Corporation.

2.  Kmart Corporation is a wholly owned subsidiary of Kmart Management Corporation.

3.  Kmart Management Corporation is a wholly owned subsidiary of Kmart Holding Corporation.

4.  Kmart Holding Corporation is a wholly owned subsidiary of Sears Holdings Corporation.

Respectfully submitted,

KMART CORPORATION

By: One of Its Attorneys

Mark E. Enright
 ARDC No. 6185357
Jason B. Hirsh
ARDC No. 6283094
Arnstein & Lehr LLP, of Counsel
120 S. Riverside Plaza
Suite 1200
Chicago, Illinois 60606
(312) 876-7100

8017900.1