**FILED**
**FEBRUARY 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

KMART CORPORATION, )
            )
                Plaintiff, )
            )
v.          )
            )
INTERNATIONAL HOME FASHIONS, )
INC.,        )
            )
                Defendant. )
            )

**08 C 866**

**JUDGE DOW**
**MAGISTRATE JUDGE COLE**

### Fed. R. Civ. P. 7.1(a) Disclosure Statement

1. Sears Holdings Corporation is the indirect owner of 100% of the outstanding capital stock of Kmart Corporation.

2. Kmart Corporation is a wholly owned subsidiary of Kmart Management Corporation.

3. Kmart Management Corporation is a wholly owned subsidiary of Kmart Holding Corporation.

4. Kmart Holding Corporation is a wholly owned subsidiary of Sears Holdings Corporation.

Respectfully submitted,

KMART CORPORATION

By: One of Its Attorneys

Mark E. Enright
ARDC No. 6185357
Jason B. Hirsh
ARDC No. 6283094
Arnstein & Lehr LLP, of Counsel
120 S. Riverside Plaza
Suite 1200
Chicago, Illinois 60606
(312) 876-7100

8018058.1