# AFFIDAVIT OF SERVICE

**State of Illinois**  **County of**  **United States District(Northern District Court**

Case Number: 08 C 866

Plaintiff:
**KMART CORPORATION**

vs.

Defendant:
**INTERNATIONAL HOME FASHIONS, INC.**

For:
Jason Hirsh
Arnstein & Lehr, LLP
120 South Riverside Plaza
Ste. 1200
Chicago, IL 60606-3910

Received by Carolina Attorney Services, Inc. on the 22nd day of February, 2008 at 10:51 am to be served on **International Home Fashions, Inc., 507 W. State Street, Black Mountain, NC 28711.**

I, Marylee M. Eagle, being duly sworn, depose and say that on the **22nd day of February, 2008 at 1:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint with exhibits** with the date and hour of service endorsed thereon by me, to: **Tedd Smith as Registered Agent for International Home Fashions, Inc.**, at the address of: **507 W. State Street, Black Mountain, NC 28711**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
2/22/2008 1:00 pm  The person served, Tedd Smith, states that he has been registered agent since 2/07. He further states that Mr. Kenneth Hines is no longer with the company.

**Description** of Person Served: Age: 59, Sex: M, Race/Skin Color: Caucasian, Height: 6'3", Weight: 250, Hair: Grey, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 25th day of February, 2008 by the affiant who is personally known to me.

*Heather A. Banks*
NOTARY PUBLIC

**HEATHER A. BANKS**
NOTARY PUBLIC
Henderson County, North Carolina
My Commission Expires 8/1/12

Marylee M. Eagle
Process Server

Carolina Attorney Services, Inc.
1854-A Hendersonville Rd.
#5
Asheville, NC 28803
(828) 808-4921
Our Job Serial Number: 2008000018

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f



EXHIBIT B