UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KMART CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 866 |
| | ) | |
| INTERNATIONAL HOME FASHIONS, INC., | ) | Judge Robert M. Dow |
| | ) | |
| Defendant. | ) | Magistrate Judge Jeffrey Cole |

### NOTICE OF MOTION

To: International Home Fashions, Inc.　　Mr. W.O. Brazil, III
　　c/o Ted Smith　　　　　　　　　　　　Cogburn & Brazil, P.A.
　　507 W. State Street　　　　　　　　　77 Central Avenue Professional Park
　　Black Mountain, North Carolina 28711　Post Office Box 120
　　　　　　　　　　　　　　　　　　　　Asheville, North Carolina 28802-0120

Please take notice that on March 17, 2008, Plaintiff, KMART CORPORATION, by counsel, filed and properly served its *Motion for an Order of Default and Default Judgment Against International Home Fashions, Inc.*, the matter is scheduled to be heard on March 26, 2008, at 9:15 A.M in Courtroom 1919 at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604.

_____
Jason B. Hirsh
Arnstein & Lehr LLP, *of Counsel*
120 S. Riverside Plaza
Suite 1200
Chicago, Illinois 60606
(312) 876-7100
Attorney for Plaintiff

4

8048094.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and mailed a copy of Kmart Corporation's *Motion for an Order of Default and Default Judgment Against International Home Fashions, Inc.* and *Notice of Motion* on:

International Home Fashions, Inc.
c/o Ted Smith
507 W. State Street
Black Mountain, North Carolina 28711

Mr. W.O. Brazil, III
Cogburn & Brazil, P.A.
Central Avenue Professional Park
77 Central Avenue, Suite E (28801)
Post Office Box 120
Asheville, North Carolina 28802-0120

by depositing the same in the United States mail, first class postage prepaid, at 120 South Riverside Plaza, Chicago, Illinois on March 17, 2008.

Jason B. Hirsh
**Arnstein & Lehr LLP,** *of Counsel*
120 S. Riverside Plaza
Suite 1200
Chicago, Illinois 60606
(312) 876-7100
Attorney for Plaintiff

5

8048094.1