UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Kmart Corporation
                              Plaintiff,

v.                                         Case No.: 1:08−cv−00866
                                           Honorable Robert M. Dow Jr.

International Home Fashions, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

MINUTE entry before Judge Honorable Robert M. Dow, Jr:Motion for default judgment [10] is withdrawn as moot. Defendant is given to and including 4/25/08 within which to answer or otherwise plead to the complaint. Status hearing date of 4/2/08 is stricken and Status hearing reset for 5/8/2008 at 09:00 AM. Joint status report due by 5/2/08.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.