# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **KMART CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No. 08 C 866 |
| v. | ) | |
| | ) | **Judge Dow** |
| **INTERNATIONAL HOME FASHIONS, INC.,** | ) | **Magistrate Judge Cole** |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF FILING

TO:  Marc Enright                                   Jason Hirsh
     Arnstein & Lehr LLP                            Arnstein & Lehr LLP
     120 S. Riverside Plaza, Suite 1200             120 S. Riverside Plaza, Suite 1200
     Chicago, IL 60606                              Chicago, IL 60606
     meenright@arnstein.com                         jbhirsh@arnstein.com

**PLEASE TAKE NOTICE** that on April 25, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's Answer and Affirmative Defenses, a copy of which is attached hereto and hereby served upon you.

                                    **INTERNATIONAL HOME FASHIONS, INC.**

                                    By: /s/ Carrie A. Dolan
                                         One of Its Attorneys

Carrie A. Dolan (ARDC No. 6224808)
Cornelius P. Brown (ARDC No. 0312355)
COHON RAIZES & REGAL LLP
208 South LaSalle Street, Suite 1860
Chicago, Illinois  60604
312/726-2252 (office)
312/726-0609 (fax)

## **CERTIFICATE OF SERVICE**

    I, Carrie A. Dolan, an attorney, certify that on April 24, 2008, I served the above and foregoing Answer and Affirmative Defenses by causing a true and accurate copy of such paper to be filed and transmitted electronically pursuant to the Court's ECF/EMF electronic filing system, on the 25th day of April 2008.

                                                                        /s/ Carrie A. Dolan