IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KMART CORPORATION, | ) | |
| | ) | Case No. 08 C 866 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Robert Dow |
| | ) | Magistrate Judge Cole |
| INTERNATIONAL HOME FASHIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**RULE 7.1 DISCLOSURE STATEMENT
OF INTERNATIONAL HOME FASHIONS, INC.**

Defendant International Home Fashions, Inc. ("IHF"), by its attorneys, states pursuant to Fed. R. Civ. P. 7.1:

1. IHF does not have a parent corporation.

2. No publicly held corporation owns 10% or more of IHF's stock.

          **INTERNATIONAL HOME FASHIONS, INC.,**
          Defendant,


          By: /s/ Carrie A. Dolan
               One of Its Attorneys

Carrie A. Dolan
Cornelius P. Brown
Cohon Raizes & Regal LLP
208 S. LaSalle Street, Suite 1860
Chicago, Illinois 60604
Tel. (312) 726-2252
Fax (312) 726-0609

1

2

<u>Certificate of Service</u>

      I, Carrie A. Dolan, an attorney, hereby certify that on **April 25, 2008**, service of a true and correct copy of this document was accomplished pursuant to ECF on all parties who are Filing Users.

                                          /s/ Carrie A. Dolan