## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **KMART CORPORATION,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 866 |
| | ) | |
| **INTERNATIONAL HOME FASHIONS, INC.,** | ) | Judge Robert M. Dow |
| | ) | |
| Defendant. | ) | Magistrate Judge Jeffrey Cole |

### NOTICE OF FILING

To:  Carrie A. Dolan
    Cornelius P. Brown
    Cohon Raizes & Regal LLP
    208 S. LaSalle Street, Suite 1860
    Chicago Illinois, 60604
    (312) 726-2252

PLEASE TAKE NOTICE that on May 2, 2008, the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois, **Joint Status Report**, a copy of which is attached hereto.

Respectfully submitted,

KMART CORPORATION

**s/Jason B. Hirsh**
Jason B. Hirsh
**Arnstein & Lehr LLP**
120 S. Riverside Plaza
Suite 1200
Chicago, Illinois 60606
(312) 876-7100

8097638.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2008, I served the foregoing **Notice of Filing** and **Joint Status Report** via the CM/ECF system and by depositing the same in the United States mail, first class postage prepaid, at 120 South Riverside Plaza, Chicago:

Carrie A. Dolan
Cornelius P. Brown
Cohon Raizes & Regal LLP
208 S. LaSalle Street, Suite 1860
Chicago Illinois, 60604
(312) 726-2252

s/Jason B. Hirsh
Jason B. Hirsh
**Arnstein & Lehr LLP**
120 S. Riverside Plaza
Suite 1200
Chicago, Illinois 60606
(312) 876-7100

8097638.1