UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Kmart Corporation
                                    Plaintiff,
v.                                                         Case No.: 1:08−cv−00866
                                                           Honorable Robert M. Dow Jr.
International Home Fashions, Inc.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 8, 2008:

    MINUTE entry before Judge Honorable Robert M. Dow, Jr:Status hearing held on
5/8/2008. The Court adopts the parties proposed discovery schedule: 26(a)(1) disclosures
to be served by 5/30/08; Initial written fact discovery to be served by 6/14/08; Oral
non−expert discovery to be completed by 10/15/08; Plaintiff's expert(s) to be disclosed by
11/15/08; Defendant(s) experts to be disclosed by 12/15/08; All discovery to be completed
by 1/31/09. Status hearing set for 9/30/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.