UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KMART CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>INTERNATIONAL HOME FASHIONS, INC.,<br><br>        Defendant. | Case No. 08 C 866<br><br>Judge Robert M. Dow<br><br>Magistrate Judge Jeffrey Cole |

### JOINT MOTION FOR EXTENSION OF TIME TO SERVE FED. R. CIV. P. 26(a)(1) DISCLOSURES

Plaintiff, Kmart Corporation ("Kmart"), by and through its counsel, Mark E. Enright and Jason B. Hirsh (Arnstein & Lehr LLP, *of Counsel*), and Defendant, International Homes Fashions, Inc. ("IHF"), through its counsel, Carrie A. Dolan and Cornelius P. Brown (Cohon Raizes & Regal LLP, *of counsel*), move for an extension of time to serve Fed. R. Civ. P. 26(a)(1) disclosures to, and including, June 17, 2008 and state as follows:

1. Pursuant to this Court's May 8, 2008 Order (Doc. No. 20), the parties are to serve their Fed. R. Civ. P. 26(a)(1) disclosures by May 30, 2008.

2. IHF is contemplating bankruptcy and believes that such a filing will be made within the next two weeks.

3. The parties, therefore, seek a brief extension of time, until June 17, 2008, in order to ascertain whether this litigation will proceed or whether IHF will file for bankruptcy and stay these proceedings.

WHEREFORE, Plaintiff, Kmart Corporation, and Defendant, International Homes Fashions, Inc., pray this Court grant this Motion and grant the parties to, and including, June 17, 2008 to serve Fed. R. Civ. P. 26(a)(1) disclosures.

Respectfully submitted,
KMART CORPORATION

By: One of Its Attorneys
Mark E. Enright
Jason B. Hirsh
**Arnstein & Lehr LLP**
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-7100

Respectfully submitted,
INTERNATIONAL HOME FASHIONS, INC.

By: One of Its Attorneys
Carrie A. Dolan
Cornelius P. Brown
**Cohon Raizes & Regal LLP**
208 S. LaSalle Street, Suite 1860
Chicago, Illinois, 60604
(312) 726-2252