UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KMART CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 866 |
| | ) | |
| INTERNATIONAL HOME FASHIONS, INC., | ) | Judge Robert M. Dow |
| | ) | |
| Defendant. | ) | Magistrate Judge Jeffrey Cole |
| | ) | |

## NOTICE OF MOTION

To:
Carrie A. Dolan
Cornelius P. Brown
Cohon Raizes & Regal LLP
208 S. LaSalle Street, Suite 1860
Chicago Illinois, 60604
(312) 726-2252

**PLEASE TAKE NOTICE** that on May 28, 2008, Plaintiff, Kmart Corporation, filed and properly served Kmart Corporation's and International Home Fashions, Inc.'s *Joint Motion for Extension of Time to Serve Fed. R. Civ. P. 26(a)(1) Disclosures*, the matter is scheduled to be heard on June 5, 2008 at 9:15 a.m. in Courtroom 1919 at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604.

                                           **s/ Jason B. Hirsh**
                                           Jason B. Hirsh
                                           Arnstein & Lehr LLP, *of Counsel*
                                           120 S. Riverside Plaza, Suite 1200
                                           Chicago, Illinois 60606
                                           (312) 876-7100
                                           Attorney for Plaintiff

8114181.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and mailed a copy of Kmart Corporation's and International Home Fashions, Inc.'s ***Joint Motion for Extension of Time to Serve Fed. R. Civ. P. 26(a)(1) Disclosures*** on:

Carrie A. Dolan
Cornelius P. Brown
Cohon Raizes & Regal LLP
208 S. LaSalle Street, Suite 1860
Chicago Illinois, 60604
(312) 726-2252

by depositing the same in the United States mail, first class postage prepaid, at 120 South Riverside Plaza, Chicago, Illinois on May 28, 2008.

                                         **s/ Jason B. Hirsh**
                                         Jason B. Hirsh
                                         Arnstein & Lehr LLP, *of Counsel*
                                         120 S. Riverside Plaza
                                         Suite 1200
                                         Chicago, Illinois 60606
                                         (312) 876-7100
                                         Attorney for Plaintiff