**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **KMART CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 08 C 866** |
| **v.** | ) | |
| | ) | **Judge Dow** |
| **INTERNATIONAL HOME FASHIONS,** | ) | **Magistrate Judge Cole** |
| **INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF BANKRUPTCY FILING**

TO:    Marc Enright                                    Jason Hirsh
       Arnstein & Lehr LLP                            Arnstein & Lehr LLP
       120 S. Riverside Plaza, Suite 1200            120 S. Riverside Plaza, Suite 1200
       Chicago, IL 60606                             Chicago, IL 60606
       meenright@arnstein.com                        jbhirsh@arnstein.com

       **PLEASE TAKE NOTICE** that on June 4, 2008, International Home Fashions, Inc., filed a petition for relief under Chapter 11 of the United States Bankruptcy Code. The petition was filed with the United States District Court for the Western District of North Carolina (Asheville) as *In re International Home Fashions, Inc.*, and is identified by that court as case number 08-10434. Per Section 362 of the Bankruptcy Code, the automatic stay is in effect. 11 U.S.C. §362.

           **INTERNATIONAL HOME FASHIONS, INC.**

           By: /s/ Carrie A. Dolan
                One of Its Attorneys

Carrie A. Dolan (ARDC No. 6224808)
Cornelius P. Brown (ARDC No. 0312355)
COHON RAIZES & REGAL LLP
208 South LaSalle Street, Suite 1860
Chicago, Illinois  60604
312/726-2252 (office)
312/726-0609 (fax)